**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.   (CBN: 229469)
DARSHAN PATEL, ESQ.   (CBN: 312423)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@PatelStilwell.com

Attorneys for Defendant,
    AMBA, LLC dba FONTAINE INN

**Strojnik Law Firm LLC**
Peter Kristofer Strojnik, Esq.
Esplande Center III
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-773-0370
Email: Strojnik@skplaw.com

Attorney for Plaintiff,
    THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>            Plaintiff,<br>    vs.<br>AMBA LLC, California limited liability company dba Fontaine Inn,<br>            Defendant. | Case No.: 5:17-CV-02871-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Beth Labson Freeman<br>Crt. Rm..:  3<br>Complaint Filed:  May 18, 2017<br>Trial Date:    Not Yet Set |

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulation, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this

action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: October 25, 2017     **PATEL | STILWELL, LLP**

*/s/ ANDREW R. STILWELL*
ANDREW R. STILWELL, ESQ.
DARSHAN PATEL, ESQ.
Attorneys for Defendant,
AMBA, LLC dba FONTAINE INN

Dated: October 25, 2017     **STROJNIK FIRM, LLC**

*/s/ PETER KRISTOFER STROJNIK*
PETER KRISTOFER STROJNIK, ESQ.
Attorney for Plaintiff,
THERESA BROOKE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMBA LLC, California limited liability company dba Fontaine Inn,<br><br>　　　　　　　　Defendant. | Case No.: 5:17-CV-02871-BLF<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE<br><br>Judge:　　Hon. Beth Labson Freeman<br>Crt. Rm..:　3<br>Complaint Filed:　May 18, 2017<br>Trial Date:　Not Yet Set |

The Court having considered the stipulation of the parties, orders as follows:

1. The action is dismissed with prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATE: _____　　　　　_____
　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES
　　　　　　　　　　　　　　　　　DISTRICT COURT